**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br>          Plaintiff, <br>     v. <br><br> DKJY, INC.; TOUCH ME FASHION, INC.; MJC CONNECTION, INC.; DOES 1–10, inclusive, <br><br>          Defendants. | Case No. 2:13-cv-07293-ODW(VBKx) <br><br> **ORDER RE. SUPPLEMENTAL BRIEFING** |

    Star Fabrics has moved for default judgment against, among others, Defendants DKJY, Inc. and Touch Me Fashion, Inc. (ECF Nos. 18, 24.)  But after reviewing Star Fabrics's submissions, the Court notes a discrepancy between one fabric pattern Plaintiff alleges that Defendants infringed and the purportedly associated Copyright Registration.  Star Fabrics repeatedly refers to internal design number 61967, but the Copyright Registration submitted for this pattern reads, "Title of Work: 61965."  Pattern 61967 only appears as a component of the pattern on the Registration.

    The Court therefore **ORDERS** Star Fabrics to submit a supplemental brief by **Friday, January 10, 2014**, not to exceed five pages addressing this discrepancy.  If Star Fabrics erroneously submitted the wrong Copyright Registration, it shall submit

/ / /

the correct one in response to this Order, and the Court will consider it filed with each applicable default-judgment motion.

**IT IS SO ORDERED.**

January 3, 2014

_____

**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**